IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**IN ADMIRALTY**

CASE NO: 0:21-cv-60284-RS

WICKED LLC, an Ohio Limited
Liability Company,

        Plaintiff,

v.

RAYMOND T. MCFERREN, an individual
and YACHT MANAGEMENT LLC,
a Florida Limited Liability Company,

        Defendants.

_____/

## JOINT STIUPLATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the parties by and through their undersigned counsel and file this, their Joint Stipulation for Dismissal with Prejudice, and state that the parties have amicably resolved the dispute between them, agree that all claims and counterclaims that were raised or could have otherwise been raised between them relating to this action are dismissed with prejudice, and that each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Zachary P. Hyman | s/ Andrew N. Mescolotto |
| Zachary P. Hyman, Esq. | Andrew N. Mescolotto, Esq. |
| Florida Bar No. 98581 | Florida Bar No. 28141 |
| **MILLENNIAL LAW, INC**. | **FERTIG AND GRAMLING** |
| 501 East Las Olas Blvd, Suite 200/308 | 200 Southeast 13th Street |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, FL 33316 |
| Phone: (954) 271-2719 | PH: (954) 763-5020 |
| zach@millenniallaw.com | FX: (954) 763-5412 |
| *Attorneys for Plaintiff* | anm@fertig.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **13th** day of October, 2021, the foregoing was filed using the CM/ECF system, which sent notice of electronic filing to all parties.  Further, Plaintiff was authorized, in writing, to file this Joint Stipulation on behalf of the parties and with the /s signature of counsel for Defendants.

By: *s/ Zachary P. Hyman*
Zachary P. Hyman