UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 21-60284-CIV-SMITH

WICKED LLC,

    Plaintiff,

v.

RAYMOND T. MCFERREN, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 28]. Upon consideration, it is

    **ORDERED** that:

    1.  This action is **DISMISSED with prejudice**.

    2.  All pending motions not otherwise ruled upon are **DENIED as moot**.

    3.  Each party shall bear its own respective costs and fees.

    4.  This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of October, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record